AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Mitchell R Smith <br> *Plaintiff* <br> v. <br> United States of America <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:25-cv-1226 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other**: It is ordered and adjudged that Petitioner Mitchell R Smith's Petition for Writ of Habeas Corpus pursuant to 28 USC Section 2241 is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Jonathan E Hawley on a motion for Petition for Writ of Habeas Corpus.

Date: 06/23/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*